UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| CLINTON LEWISON and BEVERLY LEWISON, | CIV. 12-4102 |
| Plaintiffs, | |
| vs. | STIPULATION FOR JUDGMENT OF DISMISSAL |
| WESTERN NATIONAL MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

It is hereby stipulated by the parties, through their counsel of record, the above-entitled matter may be dismissed upon the merits, with prejudice, and without cost to either party, findings of fact and conclusions of law being waived.

It is further stipulated that the Court may enter Judgment of Dismissal without hearing or further notice to either party, such hearing or notice being expressly waived

3/8/13
Date

CADWELL SANFORD DEIBERT & GARRY LLP

By _Shawn Nichols_
Shawn Nichols
200 East 10th Street - Suite 200
P.O. Box 2498
Sioux Falls, SD 57101
Attorney for Defendant

3/6/13
Date

JOHNSON, HEIDEPRIEM & ABDALLAH

By _____
Scott A. Abdallah
P.O. Box 2348
Sioux Falls, SD 57101-2348
(Attorney for Plaintiff)